IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG 0 4 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.                                                      CRIMINAL NO. 3:94cr58HTW

ROBERT ALLEN WILSON, JR.

### ORDER OF CONDITIONAL RELEASE

This matter having come before the Court on the Recommendation of the Federal Bureau of Prisons, Federal Medical Center, Rochester, Minnesota, that the Defendant, Robert Allen Wilson, Jr., continues to suffer from a serious mental disease or defect, namely, Schizoaffective Disorder, which would cause his unconditional release to present a substantial risk of bodily injury to another person or serious damage to the property of another, but that the Defendant could be released safely on a specific regimen of medical, psychiatric and psychological care, as outlined below.

The Court having considered the recommendation of the Federal Bureau of Prisons, and having conducted a telephonic hearing on July 20, 2006, and the United States Attorney's Office not having any objections, the Court finds the Recommendation is well taken and further finds that the Defendant, Robert Allen Wilson, Jr., continues to suffer from a serious mental disease or defect, namely, Schizoaffective Disorder, which would cause his unconditional release to present a substantial risk of bodily injury to another person or serious damage to the property of another but that the Defendant should be released on a specific regimen of medical, psychiatric and psychological care as recommended by the Federal Bureau of Prisons and as set forth herein:

1. The Defendant shall enter outpatient psychiatric and medical treatment through the Veterans Affairs Medical Center ("VAMC"), 1030 Jefferson Avenue, Memphis, Tennessee

2. The Defendant shall comply with whatever treatment regimen the clinical staff at the

VAMC recommend, whether on an outpatient or inpatient basis.

3. The Defendant shall establish residence at Mid-South Residential Care Center, 1137 Breedlove Street, Memphis Tennessee, and comply with all rules and activities required at this facility. In the event that it becomes necessary for the Defendant to change his place of residence, the Defendant shall agree to residence at any location designated by his supervising United States Probation Officer.

4. The Defendant shall continue to take psychotropic medication as ordered by the clinicians at the VAMC, and he shall agree to undergo serum blood level screening if ordered by his treating physician to ensure that a therapeutic range of medication is maintained.

5. The Defendant shall accept treatment on an inpatient basic at a psychiatric facility such as the VAMC or Memphis Mental Health Institute if deemed necessary by his treating clinicians.

6. The Defendant shall be supervised by the United States Probation Office until he is finally discharged from all mental health treatment. Temporary furloughs from the residential facility and any needed change in treatment providers may be approved by the Defendant's supervising United States Probation Officer.

7. The Defendant shall abstain from alcohol and illegal drug use and comply with urinalysis to monitor his compliance.

8. The Defendant's medical provider may at any time recommend modification or elimination of the regimen of medical, psychiatric or psychological care or treatment, upon certification to this Court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the conditions of release shall submit adequate documents supporting the request,

through the supervisory United States Probation Officer, to the Civil Division of the United States Attorney's Office for the Southern District of Mississippi, Jackson Division, for a determination as to whether a motion should be filed.

IT IS THEREFORE ORDERED that the Defendant should be released on the conditions set forth herein as soon as space is available for the Defendant at the Mid-South Residential Care Center, 1137 Breedlove Street, Memphis Tennessee, or such other residence designated by his supervising United States Probation Officer, and at such time as the Federal Bureau of Prisons is able to arrange transportation and escort of the Defendant to such facility.

SO ORDERED this, the 4th day of August 2006

*Henry T. Wingate*
United States District Judge

3